OPINION — AG — ALL FORFEITED BOND MONIES RECEIVED BY THE DEPARTMENT OF MINES MUST BE PLACED INTO THE CLEARING ACCOUNT OF THE DEPARTMENT MAINTAINED BY THE STATE TREASURER. THE INVESTMENT OF FUNDS DEPOSITED IN SUCH AN ACCOUNT FALLS WITHIN THE DUTIES AND RESPONSIBILITIES OF THE STATE TREASURER AS PROVIDED BY LAW. CITE: 45 O.S. 1978 Supp., 728 [45-728], 62 O.S. 1973 Supp., 7.1 [62-7.1], 62 O.S. 1978 Supp., 7.2 [62-7.2](D) (PUBLIC FINANCE, MINES AND MINING) (BRENT S. HAYNIE)